**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00926-CV

### SUN KYUM CHA A/K/A STEPHEN CHA, ET AL., Appellants

### V.

### BRANCH BANKING AND TRUST COMPANY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-15020**

## ORDER

We **GRANT** appellants' August 19, 2014 motion for leave to file an amended notice of appeal to add Lee & Cha, Inc. as an appellant.

/s/     ADA BROWN
          JUSTICE